UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIZNELIA BAEZ,

    Plaintiff,

v.       Case No:   6:15-cv-1043-Orl-40TBS

LTD FINANCIAL SERVICES, L.P.,

    Defendant.

## ORDER

The Motion for Permission for David K. Lietz to Appear *Pro Hac Vice* (Doc. 86) is **DENIED without prejudice**. A requirement to admission *pro hac vice* is that the applicant be "a member in good standing of the bar of any District Court of the United Sates; outside Florida." M.D. FLA. Rule 2.02(a). The motion avers that Mr. Lietz is "a member in good standing of the District of Columbia Bar." (Id., ¶ 2). The District of Columbia bar is not the bar of a district court of the United States.

**DONE** and **ORDERED** in Orlando, Florida on February 21, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record