**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
Final Pretrial Conference

Case Number: 6:15-cv-1043-Orl-40TBS

**LIZNELIA BAEZ,**                              **Plaintiff's Counsel:** Brian Warwick
                                                                      Janet Varnell
   **Plaintiff,**

**v.**

**LTD FINANCIAL SERVICES, L.P.,**               **Defense Counsel:** Dale Golden

   **Defendant.**

| Judge: | Paul G. Byron | Court Reporter | Sandy Tremel sandy.tremel@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Bennett | Interpreter: | N/A |
| Date: | February 21, 2017 | Time: | 1:53 PM – 2:17 PM TOTAL: 24 minutes |

Case called. Counsel appearances.

Estimated trial length: 2 days

The trial is set for a date certain jury trial beginning on May 1, 2017 at 9:00 AM.

Defendant's Motion in Limine (Doc. No. 77) is DENIED for the reasons stated in the Plaintiff's response (Doc. No. 80) and the Court's Order (Doc. No. 71). Motion to Strike (Doc. No. 85) is DENIED. Motion for Reconsideration (Doc. No. 76) is under advisement.

The Court instructs the parties to both submit verdict forms since they cannot agree on the proper form within fourteen (14) business days from today's date.

The Court discusses the jury trial expectations with the parties.

Court is adjourned.