## Liane Brooks

| | |
|---|---|
| **From:** | Brian Warwick <bwarwick@varnellandwarwick.com> |
| **Sent:** | Friday, February 17, 2017 11:02 AM |
| **To:** | Dale Golden; Karen Stroly |
| **Cc:** | Janet Varnell; David Lietz; michael@tierneylaw.us |
| **Subject:** | RE: Baez v. LTD - Motion to Appear Pro Hac Vice [RECOVERED] |

Dale,

David Lietz is a full time lawyer working exclusively with the firm. However, he is not a partner. The Florida Bar April 1995 Opinion Letter defines the relationship as follows:

"Traditionally the term "of counsel" was used to designate a semi-retired lawyer who was formerly a regular member of the law firm. Opinion 72-29. The permissible use of the term has since been expanded to include a lawyer who maintains a close, continuing relationship with a law firm in a capacity other than that of a partner or an associate. Opinions 71-49; 75-41; ABA Formal Opinion 90-357."

David's more than 20 year experience practicing law means that it would not be accurate to list him as merely an "associate" with the firm. David is entering the case to give assistance during the trial.

Thanks.

Brian W. Warwick
Varnell & Warwick, P.A.
P.O. Box 1870
Lady Lake, FL 32158
Firm: 352-753-8600
Direct: 352-433-1835
Cell: 352-636-2398
www.VarnellandWarwick.com

---

**From:** Dale Golden [mailto:DGolden@gsgfirm.com]
**Sent:** Friday, February 17, 2017 10:37 AM
**To:** Karen Stroly <KStroly@varnellandwarwick.com>
**Cc:** Janet Varnell <jvarnell@varnellandwarwick.com>; Brian Warwick <bwarwick@varnellandwarwick.com>; David Lietz <DLietz@varnellandwarwick.com>; michael@tierneylaw.us
**Subject:** RE: Baez v. LTD - Motion to Appear Pro Hac Vice

**In the application, Mr. Lietz indicates he is "of counsel" to Varnell & Warwick. I don't understand what he means by "of counsel" nor the purpose for which he is seeking admission into this case. Please, advise. Once I have this information, I'll be in a position to provide you my client's position relative to the application.**

**Thanks.**

**Dale T. Golden**
Golden Scaz Gagain
(813)251-3632

1

**From:** Karen Stroly [mailto:KStroly@varnellandwarwick.com]
**Sent:** Friday, February 17, 2017 9:08 AM
**To:** Dale Golden <DGolden@gsgfirm.com>; Liane Brooks <LBrooks@gsgfirm.com>
**Cc:** Janet Varnell <jvarnell@varnellandwarwick.com>; Brian Warwick <bwarwick@varnellandwarwick.com>; David Lietz <DLietz@varnellandwarwick.com>; michael@tierneylaw.us
**Subject:** RE: Baez v. LTD - Motion to Appear Pro Hac Vice

Mr. Golden:

Pursuant to Local Rule 3.01(g) please let me know if you oppose the attached motion.

Thanks,

Karen M. Stroly, Paralegal
**VARNELL & WARWICK, P.A.**
P.O. Box 1870
Lady Lake, FL  32158
Direct Dial:  (352) 433-1834
Telephone:  (352) 753-8600
Fax: (352) 504-3301
kstroly@varnellandwarwick.com
www.varnellandwarwick.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C §§2510-2521 and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and may contain confidential information intended only for the person(s) to whom this email message is addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  If you have received this e-mail message in error, please notify the sender immediately by telephone (352) 753-8600 or e-mail and destroy the original message without making a copy.