UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIZNELIA BAEZ, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.                                          Case No: 6:15-cv-1043-Orl-40TBS

LTD FINANCIAL SERVICES, L.P.,

    Defendant.
_____

**VERDICT FORM**

We the Jury, having been duly sworn, find by a preponderance of the evidence as follows:

Please begin by answering Question 1.

1. Did LTD Financial collect or attempt to collect a "debt," as that term is defined by the FDCPA, when LTD Financial sent the letter to Ms. Baez and the class members?

    Yes __✓__        No _____

If your answer to Question 1 is YES, answer Questions 2, 3, and 4. If your answer to Question 1 is NO, your deliberations are complete. Please skip all remaining questions, turn to the final page of this Verdict Form, and have the Jury Foreperson sign and date the Verdict Form.

2. Does LTD Financial's letter falsely represent the character, amount, or legal status of a debt in violation of section 1692e(2)(A) of the FDCPA?

    Yes __✓__        No _____

3. Does LTD Financial's use of the letter constitute a false representation or deceptive means of collecting or attempting to collect a debt in violation of section 1692e(10) of the FDCPA?

   Yes ✓     No ____

4. Does LTD Financial's use of the letter constitute an unfair or unconscionable means of collecting or attempting to collect a debt in violation of section 1692f of the FDCPA?

   Yes ✓     No ____

If your answer to any of Questions 2, 3, or 4 is YES, answer Questions 5 and 6. If your answers to **all** of Question 2, 3, and 4 are NO, your deliberations are complete. Please skip all remaining questions, turn to the final page of this Verdict Form, and have the Jury Foreperson sign and date the Verdict Form.

5. What amount of statutory damages do you award to Ms. Baez?

   $ 1,000

6. What amount of statutory damages do you award to the class?

   $ 1% 4mil 936.12903.

After answering Questions 5 and 6, have the Jury Foreperson sign and date the Verdict Form.

\*   \*   \*

**SO SAY WE ALL** this __8__ day of May, 2017.

_____
(Foreperson's Signature)