UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIZNELIA BAEZ, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.                                                      Case No:  6:15-cv-1043-Orl-40TBS

LTD FINANCIAL SERVICES, L.P.,

    Defendant.

## ORDER

This cause comes before the Court following the jury verdict entered on May 8, 2017. (Doc. 123). Plaintiff shall file a proposed form of final judgment within **seven (7) days** from the date of this Order.[1] Plaintiff shall include a list identifying all members of the class who were sent individual notice, but who did not timely opt out of the class, as a separate exhibit or attachment. *See* Fed. R. Civ. P. 23(c)(3)(B); MANUAL FOR COMPLEX LITIGATION (FOURTH) § 15.2 (2004). Defendant has **seven (7) days** from the date Plaintiff files her proposed form of final judgment to file any objections to the form proposed.

**DONE AND ORDERED** in Orlando, Florida on May 11, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

---

[1] Plaintiff shall also submit her proposed form of judgment in Microsoft Word format to the Court's email at [Chambers_FLMD_Byron@flmd.uscourts.gov].

1