**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LIZNELIA BAEZ, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.                                                  Case No:  6:15-cv-1043-Orl-40TBS

LTD FINANCIAL SERVICES, L.P.,

    Defendant.

## FINAL JUDGMENT

On May 8, 2017, this action was tried by a jury with the undersigned presiding, and the jury rendered a verdict in favor of Plaintiff, Liznelia Baez, on behalf of herself and all others similarly situated.  Upon review, the jury's verdict is in proper form, and the Court finds that there is no just reason to delay the entry of judgment.

Pursuant to the jury's verdict, it is therefore **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff, Liznelia Baez, individually and as the representative of a class of similarly situated persons, and against Defendant, LTD Financial Services, L.P.

2. Pursuant to Federal Rule of Civil Procedure 23(c)(3)(B), the 33,993 persons whose personal identifying information was provided to the Court under seal, to whom Rule 23(c)(2) notice was previously sent, and who have not requested exclusion, are found to be members of the Class.  The

confidential list of class members supplied to the Court under seal is incorporated into this Final Judgment by reference.

3. Plaintiff, Liznelia Baez, shall individually recover from Defendant, LTD Financial Services, L.P., One Thousand and 00/100 Dollars ($1,000.00) in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), which shall bear interest at the legal rate as provided by law, for which sum let execution issue.

4. The Class shall recover from Defendant, LTD Financial Services, L.P., Forty-Nine Thousand Three Hundred Sixty-One and 29/100 Dollars ($49,361.29) in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(B), which shall bear interest at the legal rate as provided by law, for which sum let execution issue.

5. This Final Judgment is certified as final and appealable.

6. Pursuant to Federal Rule of Civil Procedure 23(d)(1)(B), notice of this Final Judgment to the Class is stayed until the resolution of any and all appeals.

7. Class Counsel shall file any motion for attorney's fees and expenses, motion for any class representative incentive award, and any bill of costs within fourteen (14) days after the date of this Final Judgment.

8. Class Counsel shall submit a Plan of Notice and Distribution for final approval by this Court within thirty (30) days after the time for filing any notice of appeal has expired, or within thirty days after the resolution of any and all appeals if any appeal is taken.

9. This Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment, administering Class notice and distribution, and resolving all post-trial motions for attorney's fees and expenses, costs, and any class representative incentive award.

**FOR ALL SUMS HEREIN, LET EXECUTION ISSUE.**

**DONE AND ORDERED** in Orlando, Florida on June 2, 2017.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record