UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LIZNELIA BAEZ, on behalf of herself
and all others similarly situated,**

**Plaintiff,**

Case No.: 6:15-cv-1043-Orl-40TBS

v.

**LTD FINANCIAL SERVICES, L.P.,**
a Texas Corporation,

**Defendant.**
_____/

**PLAINTIFF'S MOTION FOR AN AWARD
OF ATTORNEYS' FEES AND EXPENSES AND
FOR A CLASS REPRESENTATIVE INCENTIVE AWARD**

Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, Plaintiff, Liznelia Baez, moves this Court for an award of attorneys' fees and expenses payable by Defendants LTD Financial Services, L.P. pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(a)(3). Plaintiff also moves this Court for a class representative incentive award of $2,500.00 to Liznelia Baez, payable from the statutory damages awarded to the Class. The following is stated in support thereof.

1. On June 15, 2015 Plaintiff commenced this class action alleging Defendants violated the FDCPA. (DE 1)

2. Plaintiff's Motion for Class Certification and supporting documents were filed November 20, 2015. (DE 21)

3. By Order of June 9, 2016 the Court granted Plaintiff's Motion for Class Certification in part. (DE 36)

1

4.	The case proceeded to trial, and was tried before a jury on May 8, 2017.  A verdict was rendered in favor of Plaintiff and the certified Class.

5.	Final judgment was entered by this Court on June 2, 2017, in favor of Plaintiff and the certified class.  (DE 134)

6.	The Order of Final Judgment ordered that any motion for attorney's fee and expenses, for any class representative incentive award, and any bill of costs shall be filed within fourteen (14) days of the date of the Final Judgment.  Plaintiff now files this Motion in response to the Order of Final Judgment.

7.	Plaintiff and the Class are represented by attorneys Brian W. Warwick, Janet R. Varnell, and David K. Lietz.  Plaintiff and the Class were also previously represented by attorney Steven T. Simmons, Jr.

8.	Plaintiff's attorney Brian W. Warwick expended a total of 174.70 hours on behalf of Plaintiff through June 16, 2017.  An itemized account is contained with the Declaration of Brian W. Warwick in Support of Plaintiff's Motion for Attorneys' Fees and Expenses.  *See*, Exhibit D to Plaintiff's Memorandum of Law ("Warwick Decl."), filed herewith.  Mr. Warwick seeks an hourly rate of $500.00 for time expended on the matter.  Mr. Warwick's lodestar is $87,350.00 (174.70 hours x $500/hr. = $87,350.00).  Warwick Decl. ¶11.  Mr. Warwick also seeks reimbursement for his firm's litigation expenses of $20,495.81 through June 16, 2017.  Warwick Decl., ¶16.  Mr. Warwick requests an award of $107,845.81 for his time and expenses through June 16, 2017.

9.	Plaintiff's attorney Janet R. Varnell expended a total of 105.70 hours through June 16, 2017 on behalf of Plaintiff and the certified Class.  An itemized account of the total is contained in Exhibit A to Plaintiff's Memorandum of Law, filed herewith.  The hourly rate for

the services provided by Janet R. Varnell is $500 per hour. *See*, Exhibit E to Plaintiff's Memorandum of Law ("Varnell Decl."), filed herewith. The total lodestar calculation for the services of Janet R. Varnell is $52,050.00 (105.70 hours x $500/hr. = $52,050.00). Ms. Varnell requests an award of $52,050.00 for her time through June 16, 2017.

10. Plaintiff's attorney David K. Lietz expended a total of 73.10 hours through June 16, 2017 on behalf of Plaintiff and the certified Class. An itemized account of the total is contained in Exhibit A to Plaintiff's Memorandum of Law, filed herewith. The hourly rate for the services provided by David K. Lietz is $500 per hour. *See*, Exhibit F to Plaintiff's Memorandum of Law ("Lietz Decl."), filed herewith. The total lodestar calculation for the services of David K. Lietz is $36,550.00 (73.10 hours x $500/hr. = $36,550.00). Mr. Lietz requests an award of $36,550.00 for his time through June 16, 2017.

11. Former Plaintiff's attorney Steven T. Simmons, Jr. expended a total of 34.60 hours through June 16, 2017 on behalf of Plaintiff and the certified Class, while he was an employee of Varnell & Warwick, P.A. An itemized account of the total is contained in Exhibit A to Plaintiff's Memorandum of Law, filed herewith. The hourly rate for the services provided by Steven T. Simmons, Jr. is $300 per hour. The total lodestar calculation for the services of Steven T. Simmons, Jr. is $10,380.00 (34.60 hours x $300/hr. = $10,380.00). Varnell & Warwick requests an award of $10,380.00 for Mr. Simmons' time through June 16, 2017.

12. The lodestar calculation for paralegal, Varnell & Warwick paralegal, Karen Stroly, is 0.8 hours x $150/hour) $120.00.

13. As set forth more fully in the attached Memorandum of Law, Class Counsel requests an award of $186,450.00 in attorneys' fees and $20,495.81 in costs for a total of $206,945.81 for their time and litigation costs reasonably incurred through June 16, 2017.

14. Plaintiff also requests a class representative incentive award of $2,500.00 for Liznelia Baez, to be paid out of the statutory damages awarded to the Class.

In support of this Motion, Plaintiff refers the Court to her Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees, Costs and Expenses, and Incentive Award, and all of the attachments thereto.

WHEREFORE, Liznelia Baez respectfully requests that this Honorable Court award reasonable attorneys' fees for the services of Class Counsel, litigation costs and expenses through June 16, 2017, plus any additional costs and attorney fees for the time further expended litigating this matter for the reasons set forth in the Memorandum of Law. Plaintiff further requests that the Court award $2,500.00 as a class representative incentive award to Plaintiff, Liznelia Baez.

DATED: June 16, 2017

**VARNELL & WARWICK, P.A.**

/s/ Brian W. Warwick
BRIAN W. WARWICK, FBN: 0605573
JANET R. VARNELL, FBN: 0071072
DAVID LIETZ, ADMITTED PRO HAC VICE
P.O. Box 1870
Lady Lake, Florida 32158
Telephone: (325) 753-8600
Facsimile: (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
kstroly@varnellandwarwick.com

**Michael Tierney, P.A.**
Michael Tierney, FBN: 643475
918 Beard Avenue
Winter Park, Florida 32789
Telephone: (407) 740-0074
Michael@tierneylaw.us

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

GOLDEN SCAZ GAGAIN, PLLC
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
201 North Armenia Avenue
Tampa, Florida 33609-2303
dgolden@gsgfirm.com braslavich@gsgfirm.com

Counsel for Defendant

/s/ Brian W. Warwick
**Brian W. Warwick**