UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIZNELIA BAEZ,

      Plaintiff,

v.                                      Case No:   6:15-cv-1043-Orl-40TBS

LTD FINANCIAL SERVICES, L.P.,

      Defendant.
_____

## ORDER

      Plaintiff's Motion for an Award of Attorneys' Fees and Expenses and for a Class Representative Incentive Award (Doc. 138) is **DENIED without prejudice** for failure to comply with Local Rule 3.01(g).

      **DONE** and **ORDERED** in Orlando, Florida on June 19, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record