# EXHIBIT F

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GLENDA GRANT, f/k/a GLENDA RANDOLPH, individually and on behalf of a class of persons similarly situated,

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

Case No.: 3:15-cv-01376-MMH-PDB

## DECLARATION OF JOHN A. YANCHUNIS

I, John A. Yanchunis, pursuant to 28 U.S.C. §1746, declare as follows:

1. 1 am an attorney duly admitted to practice law in the state of Florida and I am admitted to practice in this District. I was admitted to practice law in Texas in 1980 and Florida in 1981. I practice in the area of consumer class actions, and I have focused my practice in this area for the past 21 years. Previously, I specialized in complex business litigation, ranging from the representation of financial institutions to Fortune 500 companies. I also represented insurance companies in insurance coverage disputes, and was regional outside counsel for a very large insurance company handling coverage litigation for asbestos and environmental claims in the southeast United States. In one case in particular, I was lead counsel for 5 insurance companies in a multi- year trial where my clients faced exposure for asbestos coverage in excess of a billion dollars. The case lasted 18 years through appeals.

2. I maintain my practice in Morgan & Morgan's Complex Litigation Group and lead the National Class Action section. Morgan & Morgan is the largest exclusively plaintiffs law firm in the state of Florida and one of the largest in the United States,

employing over 450 lawyers and 2,000 support staff in offices throughout Florida, Georgia, Louisiana, Mississippi, Tennessee, Kentucky, Alabama, Arkansas, Indiana, California, Massachusetts, Michigan, Pennsylvania and New York.

3. Before entering private practice in 1982, I served for two years as a law clerk for the Honorable Carl O. Bue, Jr., a United States District Judge in the Southern District of Texas in Houston, Texas.

4. I have extensive involvement in class action litigation. I have served as co-lead counsel in the successful prosecution of the two largest class action cases in the United States: *Fresco v. Automotive Directions , Inc.,* Case No. 03-61063-JEM (Fresco I), and *Fresco v. R.L. Polk,* Case No. 0:07-cv-60695-JEM (Fresco II) (Southern District of Florida). Additionally, I serve today and have served in the past as lead, co-lead, or class counsel in numerous class actions in a wide variety of areas affecting consumers, including but not limited to, anti-trust, defective products, life insurance, annuities, privacy, breach of contract, civil rights and unfair and deceptive acts and practices. I have also success fully litigated class cases under the Fair Debt Collections Protection Act.

5. Presently, I serve also as lead, co-lead counsel, liaison counsel, and a member of the executive committee on a number of MDLs class cases throughout the country, including lead counsel in the MDL class case pending in the Northern District of California arising out of a series of data breaches at Yahoo! affecting more than l billion consumers throughout the world. A motion seeking preliminary approval of the settlement of a class of United States residents and Israeli citizens is pending before the court in that case.

6. Beginning in 2005, and while maintaining a private law practice, I served as lead counsel for the Florida Department of Financial Services and the Florida Department of

Insurance Regulation (the insurance regulators in the state of Florida) in their investigations of the insurance industry over issues concerning possible antitrust activity, and other possible unlawful activity and activities regarding the payment of undisclosed compensation to insurance brokers. The litigation and these investigations resulted in millions of dollars in restitution being paid to Florida consumers, and also resulted in significant changes in the way commercial insurance is sold in the state of Florida and across the country.

7. I lecture frequently regarding class litigation, including on the issues of attorneys' fees in class litigation, and I have served as an expert to The Florida Bar on the topic of the ethical obligations of class counsel in class action litigation.

8. I have been honored with the prestigious "AV" rating by Martindale-Hubbell. A copy of my resume is attached as composite Exhibit " 1."

9. I have previously testified and been accepted as an expert on attorneys' fees in other class action litigation pending in both state court and federal court.

10. I am very familiar with the hourly rates charged by lawyers throughout the country and in this state as I constantly review fee submissions in other class cases and orders on those fee requests to ensure that I remain well informed about the hourly rates being charged and allowed to be charged or compensated by courts. I also subscribe to a National publication, the National Law Journal Billing Survey, which collects, compiles and annually publishes hourly rates of lawyers based on years of experience in the numerous law firms which provide hourly rates to the publication. This survey is published annually. A true and correct copy of the most recent survey is attached as exhibit 2. I also subscribe to Law360 which reports daily on class litigation cases and related topics, including those cases which have been settled and those that are tried, including orders entered on fee motions of class counsel in various cases. I also

frequently review the Laffey Matrix, found at www.laffeymatrix.com, and the decisions which cite with favor to the Matrix. Under the Laffey Matrix, the hourly rate for Ms. Varnell would be $894 per hour and Mr. Warwick would be $742 per hour.

### The Hourly Rate of $500 Per Hour Which They Seek is Reasonable

11. My hourly rate is $950 per hour.  Recently I settled a case before another member of this Court where my rate was $950 per hour. Although the Court in that case based its fee award in the settlement of the class case on the percentage approach and awarded a fee comparable to 26 % of the value of the settlement, the Court did conduct a lodestar cross check. A copy of that the order entered in that case is attached as Exhibit 3.

12. I am familiar with the other plaintiff law firms around the country and in Florida in particular, who regularly practice consumer class action litigation.  I have had personal experience with hundreds of plaintiff lawyers from around the country through my various cases and the various professional committees of which I have been a member.  I have worked with Varnell & Warwick on a few occasions and can attest to the quality of their representation and their skills as consumer advocates.  In my professional opinion, they are stellar lawyers who practice with the highest degree of professionalism and pursue the cases they undertake with passion. Moreover, I have served with Janet Varnell on The Florida Bar's Consumer Protection Law Committee while she was chair person. Later, I too became chair of that same committee.

13. I have been made aware that this Court awarded Mr. Warwick and Ms. Varnell an hourly rate of $350 per hour in the matter of *Prindle v. Carrington Mortgage Services, LLC,* In the United States District Court, Middle District of Florida, 3:13-cv-01349,

Exhibit 2. In my opinion, this rate is low based upon the caliber of their practice, their experience and legal acumen. Moreover, this hourly rate if low for lawyers of their years of practice.

      14. I have reviewed the Complaint, Motion to Dismiss briefing, the Settlement Agreement and time records in this matter. It is my opinion, based upon my knowledge of the skills, experience and accomplishments of Brian W. Warwick ( who has practiced for 19 years) and Janet R. Varnell ( who has practice for 23 years) that their requested hourly rate of $500.00 is reasonable for lawyers of their caliber who practice in this area of litigation in this District, as well as around the Country, for an FDCPA/FCCPA class action. If anything, their rates are below what other lawyers are being awarded in similar class actions around the country and certainly within the Middle District of Florida.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of November, 2018 at Tampa, Florida.

                                                      */s/ John A. Yanchunis*  
                                                      John A. Yanchunis, Esq.

# **EXHIBIT 1**

# JOHN A. YANCHUNIS

Born Columbus, Ohio.  Admitted to Florida Bar, 1980, Texas; 1981

## EMPLOYMENT

Morgan & Morgan Complex Litigation Group, Partner and Head of the Class Action Department

## EDUCATION

University of Florida, B.A., 1976.   Major in political science.  Member, Florida Blue Key, Omicron Delta Kappa, Sigma Alpha Epsilon.

South Texas College of Law - J.D., magna cum laude, 1980.  Member, Order of the Lytae, Associate Editor-in-Chief and Technical Editor of the South Texas Law Journal, Phi Alpha Delta.

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| The Florida Board of Bar Examiners (Appointed by the Florida Supreme Court) | Member, 1997 to 2002<br>Emeritus Member |
| **Member Subcommittees:** | |
| Committee on Character and Fitness | Chair, 2000 to 2003<br>Member, 1998 to 2000 |
| Committee on Petitions | Chair, 1999 to 2000<br>Member, 1998 to 1999 |
| Committee on Budget | Member, 1999 to 2003 |
| Committee on Questions | Member, 1998 to 2003 |
| Committee on Abstracts of Practice | Chair, 2000 to 2003<br>Member, 1999 to 2003 |
| **The Florida Bar Subcommittees:** | |
| Supreme Court's Judicial Management Council | Member, 2008 to 2011 |
| Consumer Protection Law Committee | Chairman, 2013-2014 |
| Law Library Board of Trustees for the Sixth Judicial Circuit Court of Florida | 2011 |
| The Florida Bar Foundation | Board of Directors, 2003 to 2006<br>Fellow |
| Special Committee on Multi-Jurisdictional Practice | Chairman, 2001 to 2005 |
| Special Committee on the Enhancement Of the Practice of Law | Member, 1997 to 1998 |
| Board of Governors of The Florida Bar | Member (Elected Representative from the Sixth Judicial Circuit), 1999 to 2003 |
| **Subcommittees:** | |
| Budget Committee | Member, 2000 to 2003 |
| Multi-Disciplinary Practice Committee | Member, 1999 to 2002 |

| | |
|---|---|
| Board Review Committee on Professional Ethics | Member, 1999 to 2002 |
| 6th Circuit Pro Bono Committee | Chair, 1999 to 2000 |
| Ethics Committee | Member, 1997 to 1999 |
| Standing Committee on Simplified Forms | Vice Chairperson, 1998 to 1999<br>Member, 1996 to 1998 |
| Task Force on the Unlicensed Practice of Law Member | 1996 |
| Standing Committee on the Unlicensed Practice of Law | Chairperson, 1995 to 1997<br>Vice Chairperson, 1994 to 1995<br>Member, 1990 to 1994 |
| Standing Committee on Professionalism | Member, 1991 to 1993 |
| Continuing Legal Education Committee | Member, 1992 to 1992 |
| Public Relations Committee | Member, 1989 to 1990 |
| Board of Governors of Young Lawyers<br>    Division of the Florida Bar, 6th Circuit Representative | Member, 1988 to 1992 |

**Unlicensed Practice of Law Committees:**

| | |
|---|---|
| 6A Circuit Committee | Chairperson, 1986 to 1995<br>Member, 1985 |
| 6B Circuit Committee | Chairperson, 1995 |
| Recipient of President's Award from the Florida Bar Foundation for his contributions to the members Florida Bar Foundation in delivering legal services to those members of the public unable to pay for legal services | 2010 |

## VOLUNTARY BAR ASSOCIATIONS

| | |
|---|---|
| Executive Committee of the St. Petersburg Bar Association | 1996 to 1998 and 2003 to 2005 |
| St. Petersburg Law Library Board of Trustees | Member, 1997 to 1998 |
| "AV" Rated by Martindale Hubbell | |
| Super Lawyer | 2009 to Present |

## COMMUNITY ACTIVITIES

| | |
|---|---|
| Elder Law Advisory Board, College of Law and The Center for Excellence in Elder Law – Stetson University College of Law | Member, 2003 to 2010 |
| St. Vincent de Paul Society St. Petersburg Downtown Conference | Vice president, 2001 |

**Boy Scouts of America**

| | |
|---|---|
| Boy Scouts of America | National Council Member, 2005 to 2008 |
| West Central Family Council Of The Boy Scouts of America | Council President, 2005 to 2007<br>Member of the Executive Committee, 2003 to present |

| | |
|---|---|
| | Skyway District Chairman, 2003 to 2004 |
| Cub Scouts Pack 219 | Cub Master |
| | Assistant Cub Master |
| | Webelos Den Leader |
| Boy Scout | Committee Chairperson |
| | 2001 to 2004 |
| Troop 219 | Assistant Scout Master 2001 |

**SPEAKING ENGAGEMENTS**

| | |
|---|---|
| Mass Tort Med School + Class Actions | March 17, 2017, Orlando, FL |
| NetDiligence Cyber Risk Forum | June 6, 2017, Philadelphia, PA |
| Consumer Protection Law Committee Convention | June 21, 2017, Boca Raton, FL |
| Harris Martin seminars | MDL Conference Equinox Session, September 27, 2017, Boston, MA |
| | MDL Conference, November 29, 2017, St. Louis, MO |
| New Jersey Assoc for Justice | May 10, 2018, Atlantic City, NJ |

Mr. Yanchunis has had the privilege of representing The Florida Bar in a number of aspects, including as special counsel in the prosecution of individuals for The Unauthorized Practice of Law and as follow up in direct criminal contempt proceedings. He has argued before the Florida Supreme Court on behalf of The Florida Bar on a number of occasions.

Received the Silver Beaver, 2006; District Award of Merit – Skyway District, 2005