# **EXHIBIT H**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GLENDA GRANT, f/k/a GLENDA
RANDOLPH, individually and on behalf of
a class of persons similarly situated,

        Case No. 3:15-cv-01376-MMH-PDB

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,

    Defendant.

---

### DECLARATION OF IRA RHIENGOLD, EXECUTIVE DIRECTOR, NATIONAL ASSOCIATION OF CONSUMER ADVOCATES

1. My name is Ira J. Rheingold. I am the Executive Director of the National Association of Consumer Advocates ("NACA"). I have personal knowledge of the facts set forth herein.

2. I have been a practicing attorney since 1986. From 1986 through 2001, I worked as an attorney representing low income families in legal aid offices and community organizations in Maryland and Illinois.

3. From 1996 through 2001, I managed a legal services project in Chicago, Illinois that specialized in the representation of low income and senior citizen consumers who were victims of fraudulent mortgage lending practices.

4. In 2001, I became the Executive Director and General Counsel of NACA. I remain in that position today.

5. NACA is a non-profit national association of legal services and private attorneys, law professors, law students and other consumer advocates dedicated to promoting justice for consumers and to curbing abusive and predatory business practices.

6. NACA's mission is to promote justice for all consumers by maintaining a forum for communication, networking, and information sharing among consumer advocates across the country and by serving as a voice for its members and consumers in the ongoing struggle to curb unfair and abusive business practices that adversely affect consumers. Each year, NACA conducts numerous live and web-based trainings in

the very specialized areas of consumer law, and represents the interests of consumers before the nation's highest courts and state and federal legislatures and regulatory agencies.

7. NACA is dedicated to the furtherance of ethical and professional representation of consumers in individual and class action litigation. As such, NACA maintains the comprehensive "Standards and Guidelines for Litigating and Settling Consumer Class Actions" 299 F.R.D. 160, first published in 1998, fully updated in 2006, and revised in 2014.

8. In my role of Executive Director at NACA, I have had the unique privilege of working and collaborating with all of our nation's most dedicated and outstanding consumer protection attorneys.

9. I consider Brian Warwick and Janet Varnell two of the finest, most sophisticated consumer class action attorneys in the U.S.

10. Whenever NACA trains other consumer protection attorneys about complex areas of consumer protection law, I seek Mr. Warwick's and Ms. Varnell's assistance.

11. Whenever NACA is asked to submit an amicus brief before the highest state and federal courts, I seek Mr. Warwick's and Ms. Varnell's guidance and drafting expertise.

12. Whenever NACA reviews or revises our ethical guidelines for the practice of consumer class action law, I seek Mr. Warwick's and Ms. Varnell's advice.

13. It is my seasoned opinion that the class members in this case are represented by two of the most ethical, experienced and sophisticated attorneys in the consumer protection bar.

14. Respectfully declared under penalty of perjury

_____
Ira J. Rheingold, Esq.